IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Allan C. Mugan,<br>petitioner, | ) ) ) | |
| V. | ) ) | RE: 3:07-cv-03059-LRR |
| United States of America,<br>respondant. | ) ) ) ) ) | |

Motion to Reconsider

Petitioner's Previous Motions

Contained in docket Entries

3, 4, 5, 6, 7, 8, 12 and 14

of the Above entitled Cause Number

---

Come Now Allan C. Mugan, unrepresented, in the above captioned cause number to motion this Honorable Court for reconsideration in regards to previous motions contained in docket entries 3, 4, 5, 6, 7, 8, 12 and 14 of this same action.

In support of this motion, movant claims as follows:

1. On August 29, 2007 this petitioner filed with this court the following motions:

    A. Docket entry 3; Motion to compel discovery,

    B. Docket entry 4; Motion for subpeona,

    C. Docket entry 5; Motion for inspection and discovery,

    D. Docket entry 6: Motion to require the furnishing of investigative
        reports,

    E. Docket entry 7; Motion for inspection of grand jury minutes,

and particulars as to what evidence was presented to the grand jury, and

    F. Docket entry 8; Motion for release pending appeal.

    2. On October 26, 2007 this petitioner filed with this court the following motions:

    G. Docket entry 12; Motion for transcripts, and

    H. Docket entry 14; Motion to stay restitution.

    3. The disritct court subsequently denied these motions (A-H) stating she had not yet reviewed petitioner's section 2255 motion to vacate.

    4. On July 10, 2008 this court entered an order, after conducting a prliminary consideration of petitioner's section 2255, for the government to "move or plead" to said motion by September 9, 2008. The order also allows for petitioner to reply to any such response by October 2, 2008.

    5. The United States has had the advantage of full discovery of all inculpatory and exculpatory materials and would use same in any reponse it would choose to present to this court.

    6. Petitioner has less than 22 days to reply and is a mere layman. Petitioner states he would be extremely prejudiced if he is not allowed access to the same materials the government would utilize in any response.

    7. To show this court the ineffective assistance of counsel and conflicts of interest by representing counsel, and to further show the goverment does not possess sufficient evidence to withstand the United States Supreme Court's precedent in Jackson V. Virginia, petitioner requires the same material the government possesses.

8. Petitioner asserts he may present a more detailed series of events for the trier of facts considerations with access to the information sought in docket entries 3, 4, 5, 6, 7 and 12.

9. Two "band-aid" fixes and the interests of justice are sought by pettioner in docket entries 8 and 14, motion for release pending appeal and stay of restitution respectively. Petitioner has demonstrated by clear and convincing evidence that the relief in these motions are warranted.

Wherefore, "IF" the government has a desire to resist petitioner's section 2255 vacating of judgment, petitioner requests this Honorable Court reconsider his motions in docket entries 3, 4, 5, 6, 7 and 12 in the interests of due process and justice, and GRANT immediately authority to plaintiff to receive all the documents requested. Additionally, petitioner requests immediate relief sought in docket entries 8 and 14, also in the interests of justice.

Respectfully Submitted,

Date: _September 3 , 2008_           s/ _Allan C. Mugan_
                                     Allan C. Mugan 08953-029
                                     U.S. Penitntiary
                                     P.O. Box 1000
                                     Marion, Il  62959
                                     Unrepresented

The content of this document is the truth under penalty of perjury pursuant 28 USC ss1746.

                                     s/ _Allan C. Mugan_

This document has been forwarded to the clerk of U.S. District Court with two copies as required by section 2255 rules of procedure.

                                     Allan C. Mugan



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

Allan C. Mugan 08953-029
U.S.P. Petitionary
P.O. Box 1000
Marion, IL 62959

Clerk of U.S. District Court
101 First Street SE
Room 220, U.S. Courthouse
Cedar Rapids, Iowa 52401-0000

52401$1202 C001